# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>NOHEMI VAZQUEZ,<br>                              Defendant. | Case No.: 17cr984 JAH<br><br>**ORDER REQUIRING RESPONSE** |

Defendant filed a motion for sentence reduction, pursuant to 28 U.S.C. § 3582(c)(2). *See Doc. No*. 44. Having reviewed the motion, the Court deems it appropriate to require Plaintiff to file a response. Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff United States of America shall file and serve a responsive pleading **no later than September 20, 2019**. The response shall include any and all documents relevant to the determination of the issues in the motion.

    2.    If Defendant wishes to reply to Plaintiff's response, she may file a reply or other appropriate pleading **no later than October 11, 2019**. Upon the filing of the foregoing, the parties shall await further orders from this Court.

//

3. The Clerk of Court shall serve a copy of the motion [doc. no. 44], together with this Order on the United States Attorney or an authorized representative, at 880 Front Street, Room 6293, San Diego, CA 92101.

DATED: August 20, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT